UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Tammy LaFlamme

    v.                                  No. 07-fp-122

U.S. Social Security Administration,
Former Commissioner


**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **07-cv-122-PB**.

**SO ORDERED.**

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date:  April 27, 2007

cc:    Francis M. Jackson, Esq.